# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DiClerico, Joseph A. | 2. Court or Organization  United States District Court District of New Hampshire | 3. Date of Report  03/26/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

55 Pleasant Street, Room 400
Concord, NH 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I, Trust II, and Trust IV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee | Ausbon Sargent Land Preservation Trust |
| 4. | Director | Little Lake Sunapee Protective Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Ausbon Sargent Land Preservation Trust |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Patricia Kelsey | Use of barn to store boat (See Part VIII) | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3. -Sh. Com. General Electric | A | Dividend | K | T | | | | | |
| 4. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. IRA Brokerage Acct #2 (H) | B | Int./Div. | K | T | | | | | |
| 7. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 8. -IVA Worldwide Fund | | | | | Buy (add'l) | 06/26/14 | J | | |
| 9. | | | | | | | | | |
| 10. IRA Brokerage Acct. #3 (H) | C | Int./Div. | M | T | | | | | |
| 11. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 12. -Loomis Sayles Strategic Income Fund | | | | | Sold | 06/26/14 | K | C | |
| 13. -PIMCO Unconstrained Bd. Fund | | | | | | | | | |
| 14. -PIMCO All Asset FND | | | | | | | | | |
| 15. -JP Morgan TRI Strategic Income OPPTY | | | | | Buy | 06/26/14 | K | | |
| 16. | | | | | | | | | |
| 17. Trust I (H) | E | Int./Div. | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 19. -Dodge & Cox FDS Int'l Stk FD | | | | | Buy (add'l) | 06/26/14 | L | | |
| 20. -FPA New Income Inc-. | | | | | | | | | |
| 21. -IVA Worldwide Fund | | | | | Buy (add'l) | 08/05/14 | K | | |
| 22. -Wells Fargo Adv Asset Alloc FD | | | | | | | | | |
| 23. -Oppenheimer Dev. Mkts. | | | | | | | | | |
| 24. -Rowe T Price Short Term BD FD Inc. | | | | | | | | | |
| 25. -FPA FDSTR Crescent Portfolio | | | | | | | | | |
| 26. -Vanguard Specialized Portfolios Dividend Growth FD | | | | | Sold | 06/26/14 | L | E | |
| 27. -Wells Fargo FDS Trust Absolute Ret FD | | | | | Buy | 08/05/14 | K | | |
| 28. -JP Morgan TRI Strategic Income OPPTY | | | | | Buy | 08/05/14 | L | | |
| 29. | | | | | | | | | |
| 30. Trust II (H) | None | L | T | | | | | | |
| 31. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 32. -PR Commwlth. Cap. App. Zero Coup. Bnd 7/1/14 | | | | | Redeemed | 07/01/14 | J | A | |
| 33. -NH St. Cap. Impt. Col. Svgs. Zero Coup. Bnd 7/01/15 | | | | | | | | | |
| 34. -NH St. Cap. App. Zero Coup. Bnd 6/1/17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Truste III (H) | E | Int./Div. | P1 | T | | | | | |
| 37. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 38. -Sh. Com. Community Bancorp | | | | | | | | | |
| 39. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 40. -American Funds Capital World Growth & Inc. Fnd | | | | | | | | | |
| 41. -Dodge & Cox FDS Int'l Stk FD | | | | | | | | | |
| 42. -American Funds Int'l Growth & Income FD | | | | | | | | | |
| 43. -FPA New Income Inc. | | | | | | | | | |
| 44. -Franklin Gold & Precious Metals Advisor | | | | | | | | | |
| 45. -American Funds Fundamental Invs. Inc. Class F-1 | | | | | | | | | |
| 46. -IVA Worldwide Fund | | | | | Buy (add'l) | 07/23/14 | K | | |
| 47. -American Funds Inc. New World | | | | | | | | | |
| 48. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | | | | | Buy (add'l) | 07/23/14 | K | | |
| 49. -Wells Fargo Adv. Asset Alloc FD | | | | | | | | | |
| 50. -PIMCO All Asset Funds Inst. CL | | | | | Buy (add'l) | 07/13/14 | K | | |
| 51. -Rowe T. Price Short TRM BD FD Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -FPA FDS TR FPA Crescent Portfolio Instl. | | | | | | | | | |
| 53. -Vanguard Specialized Portfolios Dividend Growth FD | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. TRUST IV (H) | E | Int./Div. | P1 | T | | | | | |
| 56. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 57. -Sh. Com. Community Bancorp | | | | | | | | | |
| 58. -Sh. Com. NH Thrift Bankshares | | | | | | | | | |
| 59. -American Mutual FD Inc. | | | | | Sold (part) | 06/26/14 | K | E | |
| 60. -American Fund Fundamental Investors Inc. | | | | | | | | | |
| 61. -American Fund New World Fund | | | | | | | | | |
| 62. -Artisan FDS Inc. International Value Fd Inv.Shs. | | | | | | | | | |
| 63. -Dodge and Cox FDS Int'l Stk FD | | | | | | | | | |
| 64. -Fairholme FDS Inc. | | | | | Sold (part) | 06/26/14 | K | D | |
| 65. -Franklin Gold & Precious Metals Advisor | | | | | | | | | |
| 66. -IVA Worldwide Fund | | | | | | | | | |
| 67. -Longleaf Partners FDS Sh. Ben Int. | | | | | | | | | |
| 68. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo Advan. FDS-Asset Alloc Fd | | | | | | | | | |
| 70. -Oppenheimer Dev. MKTS | | | | | | | | | |
| 71. -PIMCO All Asset Fnd. | | | | | | | | | |
| 72. -FPA FDS TR FPA Crescent Portfolio | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. TRUST V (H) | E | Int./Div. | O | T | | | | | |
| 75. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | | | | | |
| 76. -Sh. Com. Exxon Mobil | | | | | | | | | |
| 77. -Sh. Com. General Electric | | | | | | | | | |
| 78. -IVA Worldwide Fund | | | | | | | | | |
| 79. -Wells Fargo FDS Trust Absolute Return Fnd. | | | | | | | | | |
| 80. -PIMCO Unconstrained Bd. FD | | | | | | | | | |
| 81. -PIMCO All Asset All Auth. | | | | | | | | | |
| 82. -FPA Crescent | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. TRUST VI (account closed 6/30/14) (H) | C | Int./Div. | | | | | | | |
| 85. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Distributed | 06/23/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Dodge & Cox Stock Fund | | | | | Sold (part) | 05/29/14 | K | D | |
| 87. | | | | | Distributed | 06/27/14 | L | E | |
| 88. -FPA New Income Inc. | | | | | Distributed | 06/27/14 | L | | |
| 89. - Franklin Gold & Precious Metals Advisor CL SBI | | | | | Distributed | 06/27/14 | J | | |
| 90. -IVA Worlwide Fund | | | | | Distributed | 06/27/14 | M | E | |
| 91. -Longleaf Partners FDS Trust | | | | | Distributed | 06/27/14 | K | D | |
| 92. -Loomis Sayles Funds: Strategic Income Fund | | | | | Sold | 05/28/14 | K | D | |
| 93. -Wells Fargo FDS Trust WFA Absolute Return Fund | | | | | Distributed | 06/27/14 | L | D | |
| 94. -PIMCO Unconstrained Bd Fund | | | | | Distributed | 06/27/14 | L | B | |
| 95. -Wells Fargo Advant. Asset Alloc. FD | | | | | Sold (part) | 05/28/14 | K | D | |
| 96. -Oppenheimer Dev. Mkts. Fnd. | | | | | Distributed | 06/27/14 | K | C | |
| 97. -PIMCO All Asset FND | | | | | Distributed | 06/27/14 | M | E | |
| 98. -FPA Crescent | | | | | Distributed | 06/27/14 | M | E | |
| 99. -Dodge & Cox Int. Stk. FD | | | | | Buy | 05/29/14 | K | | |
| 100. | | | | | Distributed | 06/27/14 | K | A | |
| 101. | | | | | | | | | |
| 102. TRUST VII (account closed 6/30/14) (H) | B | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | | | | Distributed | 06/27/14 | J | | |
| 104. -American Funds: International Growth &Income | | | | | Distributed | 06/27/14 | K | E | |
| 105. -American Funds: New World Fund | | | | | Distributed | 06/27/14 | L | D | |
| 106. | | | | | | | | | |
| 107. TRUST VIII (H) | | | | | | | | | See Part VIII |
| 108. | | | | | | | | | |
| 109. TRUST IX (H) | | | | | | | | | See Part VIII |
| 110. | | | | | | | | | |
| 111. TRUST X (H) | | | | | | | | | See Part VIII |
| 112. | | | | | | | | | |
| 113. TRUST XI (H) | F | Int./Div. | P1 | T | | | | | |
| 114. -American Balanced Fund | | | | | | | | | |
| 115. -American Funds - American Mutual Fund | | | | | | | | | |
| 116. -American Funds: International Growth and Income Fund | | | | | | | | | |
| 117. -American Funds: Fundamental Investors | | | | | Sold (part) | 05/28/14 | L | E | |
| 118. -American Funds: New World | | | | | | | | | |
| 119. -Europacific Growth FD | | | | | Buy | 05/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. TRUST XII (H) | | | | | | | | | See Part VIII |
| 122. | | | | | | | | | |
| 123. TRUST XIII (account opened 6/27/14) (H) | D | Int./Div. | L | T | | | | | See Part VIII |
| 124. -American Funds: International Growth and Income Fund | | | | | Open | 06/27/14 | L | | |
| 125. -American Unds: New World Fund | | | | | Open | 06/27/14 | L | | |
| 126. -Cash | | | | | Open | 06/27/14 | J | | |
| 127. | | | | | Closed | 07/02/14 | J | | |
| 128. -Wells Fargo Ad. Bk. Dep. Sweep Prg. | | | | | Open | 07/02/14 | J | | |
| 129. | | | | | | | | | |
| 130. TRUST XIV (account opened 6/27/14) (H) | E | Int./Div. | O | T | | | | | See Part VIII |
| 131. -Cash | | | | | Open | 06/27/14 | L | | |
| 132. | | | | | Closed | 07/02/14 | L | | |
| 133. -Wells Fargo Bk. Dep. Sweep Prgm. | | | | | Open | 07/02/14 | L | | |
| 134. -Dodge & Cox Stk. FD | | | | | Open | 06/27/14 | L | | |
| 135. -Dodge & Cox Int. Stk. FD | | | | | Open | 06/27/14 | K | | |
| 136. -FPA New INcome | | | | | Open | 06/27/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -IVA Worldwide FD | | | | | Open | 06/27/14 | M | | |
| 138.  -Longleaf Partners FD | | | | | Open | 06/27/14 | K | | |
| 139.  -Wells Fargo FDS Tr. WFA Absolute Ret. FD | | | | | Open | 06/27/14 | L | | |
| 140.  -Pimco Unsontrained BD FD | | | | | Open | 06/27/14 | L | | |
| 141. | | | | | Sold (part) | 12/22/14 | L | A | |
| 142.  -Wells Fargo Asset Alloc. FD | | | | | Open | 06/27/14 | L | | |
| 143.  -Oppenheimer Dev. Mkts. | | | | | Open | 06/27/14 | K | | |
| 144.  -Pimco All Asset FD | | | | | Open | 06/27/14 | M | | |
| 145.  -FRA Cresent | | | | | Open | 06/27/14 | M | | |
| 146.  -Franklin Gold & Precious Metals Advisor FD | | | | | Open | 06/27/14 | J | | |
| 147. | | | | | Sold | 12/22/14 | J | | |
| 148. | | | | | | | | | |
| 149.  Miscellaneous (H) | | | | | | | | | |
| 150.  -Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 151.  -Lake Sunapee Bank Account | A | Interest | | | Closed | 12/05/14 | J | | |
| 152.  -Phoenix Mutual Life Ins. Co-Life Insurance | A | Dividend | K | T | | | | | |
| 153.  -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V - GIFTS

Page 3, line 1 - Estimated value.


PART VII - INVESTMENTS AND TRUSTS

Page 10, line 107: Reporting no longer required.

Page 10, line 109: Reporting no longer required.

Page 10, line 111: Reporting no longer required.

Page 11, line 121: Reporting no longer required.

Page 11, lines 124. 125, 126, 128: These assets were distributed from Trust VII and therefore are listed as "open" rather than "buy."

Page 11, lines 133, 134, 135, 136 and Page 12, lines 137, 138, 139, 140, 142, 143, 144, 145, 146: These assets were distributed from Trust VI and therefore are listed as "open" rather than "buy."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544